MacFARLAND *v.* JACKSON. Error to the Supreme Court of the State of New York. No. 66. Argued November 11, 1890. Decided November 24, 1890. MR. JUSTICE HARLAN delivered the opinion of the court. This case presents the same questions that are disposed of in the above opinion. For the reasons therein stated the judgment is

*Affirmed.*

*Mr. John J. Townsend* for plaintiff in error.

*Mr. Almet F. Jenks* for defendant in error.